| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY<br>FILED<br>JUN 28 2006<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: CALIFORNIA CONNECTION, INC. (pro se<br><br>Debtor. | CASE NUMBER LA 96-52980-ES RN<br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 52,310.19 which is the sum of all monies deposited with the court on the following date(s) 06/14/2002 5-29-05 on behalf of the creditor Brother International Corporation on claim number(s) 50

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is ______. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed J. Armstrong Duffield as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*



FROM 405-340-5968 (WED)MAY 31 2006 16:59/ST.16:58/NO.6320022205 P 2

| | |
|---|---|
| In re **CALIFORNIA CONNECTION, INC. (pro se** Debtor. | CHAPTER 7<br>CASE NUMBER LA 96-52980-ES |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   **Brother International Corporation**

   **100 Somerset Corporation Blvd**

   **Bridgewater, NJ 08807-0911**

   **908-252-3025**

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   **The Trustee's report reflected an address of c/o Eric Spencer, Encino, CA. The creditors listing reflected an address of 520 Mateo Street, Los Angeles, CA. Mr. Spencer was an attorney representing Brother International. His address changed and the distribution never was received by the claimant or their representative at that time. The current/correct address is as listed in para. 3A above.**

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.



FROM 405-340-5968 (WED)MAY 31 2006 16:59/ST.16:58/NO.6820022205 P 3

| | |
|---|---|
| In re **CALIFORNIA CONNECTION, INC. (pro se** Debtor. | CHAPTER 7<br>CASE NUMBER **LA 96-52980-ES** |

X [signature]
*Creditor*

(Corporate Seal

if applicable)

**Brother International**
*Type or Print Creditor's Name*

**100 Somerset Corporation Blvd**
Creditor's Address
**Bridgewater, NJ 08807-0911**

STATE OF New Jersey, COUNTY OF Somerset

On June 01, 2006 before me, personally appeared *(insert name and title of the signer)*

Anthony J. Melfi, Chief Financial Officer

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

X [signature]
*Notary Public*

(SEAL)

My commission expires on Jan. 5, 2010

**CRISTY M. ROSARIO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES JAN. 5, 2010**

**Sworn to and subscribed before me this 01 day of June 2006.**



FROM 405-340-5968 (WED)MAY 31 2006 16:59/ST.16:58/NO.6320022205 P 4

| | |
|---|---|
| In re **CALIFORNIA CONNECTION, INC. (pro se** Debtor. | CHAPTER 7<br>CASE NUMBER **LA 96-52980-ES** |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

**J. Armstrong Duffield**

*Type or Print Name*

**3855 S. Boulevard, Suite 200**

Address

**Edmond, Oklahoma 73013-5473**

STATE OF OKLAHOMA, COUNTY OF OKLAHOMA

On 6-8-06 before me, personally appeared *(insert name and title of the signer)*

J. ARMSTRONG Duffield, Agent for HPL

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*Notary Public*

(SEAL)

KATRINA J. CUTTER
NOTARY PUBLIC
IN AND FOR
STATE OF OKLAHOMA
CANADIAN COUNTY
# 03004752
EXP. 4/27/07

My commission expires on APRIL 27, 2007

Presented by:

| | |
|---|---|
| In re **CALIFORNIA CONNECTION, INC. (pro se** Debtor. | CHAPTER 7<br>CASE NUMBER **LA 96-52980-ES** |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 6-8-06, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

**United States Attorney CACB**
**312 North Spring Drive**
**Los Angeles, CA 90012**

**United States Trustee CACB**
**725 South Fugueroa, 26th Floor**
**Los Angeles, CA 90017**

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

**David Keith Gottlieb**
**15233 Ventura Blvd, 9th Floor**
**Sherman Oaks, CA 91403-2201**

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

**CALIFORNIA CONNECTION, INC. (pro se**
**800 S. State College Blvd**
**Fullerton, CA 92634**

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

**Movant is original claimant**

6-8-06
Date

*Signature*

**J Armstrong Duffield**
*Type or Print Name*

# LIMITED POWER OF ATTORNEY

Brother International Corporation, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically associated with the outstanding tender of funds for Brother International Corporation in the amount of $52,310.19**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 1 day of June, 2006.

**PRINCIPAL:**
Brother International Corporation
(FEI # )
By: ____________
Brother International Corporation

**PRINCIPAL'S ADDRESS:**
100 Somerset Corporation Blvd.
Bridgewater, NJ 08807-0911

**CORPORATE SEAL PLACE HERE** (NOT AVAILABLE)

**ACKNOWLEDGMENT**

STATE OF New Jersey )
COUNTY OF Somerset )

Before me, the undersigned a Notary Public, in and for said County and State on this 01 day of June, 2006, personally appeared Anthony J. Melfi to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Chief Financial Officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
Jan. 5, 2010

____________
Notary Public

Sworn to and subscribed before me this 01 day of June 2006.

CRISTY M. ROSARIO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 5, 2010

**BUSINESS CARD FOR ANTHONY J. MELFI IS NOT AVAILABLE. I HAVE ATTACHED THE CORPORATION ANNUAL REPORT FOR BROTHER INTERNATIONAL CORPORATION WHICH LIST BOTH ANTHONY J MELFI AND HENRY SACCO AS OFFICERS OF THE CORPORATION.**

**Certificate of Authority to Act for
Brother International Corporation**

I, the undersigned, Henry J. Sacco, Jr., as Vice President and CLO of Brother International Corporation, do hereby certify that Anthony J. Melfi has the authority to act on behalf of Brother International Corporation in ~~all~~ this matter~~s~~ for Brother International Corporation.

IN WITNESS HEREOF, I have hereunto signed my name this 1st day of June, 2006.

Brother International Corporation.

Corporate seal NOT AVAILABLE

Notary Statement

ACKNOWLEDGMENT

STATE OF New Jersey)
COUNTY OF Somerset)

Before me, the undersigned a Notary Public, in and for said County and State on this 01 day of June, 2006, personally appeared Henry J. Sacco, Jr. to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its VP/CLO and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: Jan. 5, 2010

Notary

Sworn to and subscribed before me this 01 day of June 2006.

CRISTY M. ROSARIO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 5, 2010

**Brother International Corporate Headquarters**
100 Somerset Corporate Boulevard
Bridgewater, NJ 08807-0911

Telephone: 1-908-704-1700
Facsimilie: 1-908-704-8235

Date Filed: 12/5/2005 10:38:00 AM
Elaine F. Marshall
North Carolina Secretary of State
2005 339 00322

CD-479 (40)
9-19-03

# Business Corporation
# North Carolina Annual Report

Use this form on... Contact the N.C... Annual Report fo... Liability Partners...

Name of Corporation: BROTHER INTERNATIONAL CORPORATION

State of Incorporation: DELAWARE

Fiscal Year Ending: 12 / 31 / 04 (Month / Day / Year)

Secretary of State Corp. ID Number: C047970

Federal Employer ID Number: 223142007

**If this is the initial annual report filing, you must complete the entire form. If your business corporation's information has not changed since the previous report, check the box and complete Line 7 only.** → ☐

1. Registered agent & registered office street address: (Must be a North Carolina Address)
   - Name: CORPORATION SERVICE COMPANY
   - Street Address: 327 HILLSBOROUGH STREET
   - City, State, Zip Code: RALEIGH, NC 27603
   - County:
2. Mailing address if different from street address:
   - Mailing Address:
   - City, State, Zip Code:
3. If registered agent changed, signature of new agent: ______________________ (signature constitutes consent to the appointment)
4. Enter principal office address and telephone number here:
   - Street Address:
   - City, State, Zip Code: BRIDGEWATER, NJ 08807-0977
   - Telephone: (908)704-1700
5. Briefly describe the nature of business: IMPORT DISTRIBUTOR
6. Enter name, title, and business address of principal officers here:
   Complete Form CD-479A to list additional principal officers

| Name | Title | Address | City | State | Zip |
|---|---|---|---|---|---|
| T. KOIKE | CHAIRMAN | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | NJ | 08807 |
| A. MELFI | TREASURER | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | NJ | 08807 |
| Y. TADA | V.P. | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | NJ | 08807 |

7. **Certification of annual report (Must be completed by all corporations).**

[signature]
Signature (Form must be signed by an officer of corporation) — Date

ANTHONY MELFI — Type or Print Name
VICE PRESIDENT — Title

4D3936 2.000

CD-479A (40)
7-01

# Attachment for Additional Principal Officers

Place this form directly behind Form CD-479.

Name of Corporation: BROTHER INTERNATIONAL CORPORATION FEIN: 223142007

| Name | Address | City | Title | State | Zip |
|---|---|---|---|---|---|
| R.T. NAKAGAWA | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | SR. V.P. | NJ | 08807 |
| B. VINCENT | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | SR. V.P. | NJ | 08807 |
| D. CUMMINS | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | V.P. | NJ | 08807 |
| J. BENN | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | V.P. | NJ | 08807 |
| T. ISHIGURO | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | PRESIDENT | NJ | 08807 |
| C. STADLER | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | V.P. | NJ | 08807 |
| M. COHEN | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | V.P. | NJ | 08807 |
| J. DODDS | 7777 N. BROTHER BLVD. | BARTLETT | V.P. | TN | 38133 |
| D. SHULMAN | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | SR. V.P. | NJ | 08807 |
| E. SACCO | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | SECRETARY | NJ | 08807 |
| J. ASHCRAFT | 100 SOMERSET CORPORATE BLVD. | BRIDGEWATER | V.P. | NJ | 08807 |
| | | | | | |
| | | | | | |
| | | | | | |

4D3936 2.000

brother
At your side

100 SOMERSET CORPORATE BOULEVARD, BRIDGEWATER, NJ 08807-0911 TEL 908-704-1700 FAX 908-704-8235
BROTHER INTERNATIONAL CORPORATION

Diane V. Garrity
Senior Corporate Attorney
Phone: (908) 252-3025
Fax: (908) 575-3716
email: diane.garrity@brother.com

June 5, 2006

Mr. Ron Leppke
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

Dear Ron:

Pursuant to your instructions, enclosed is the executed Motion of Order Releasing Unclaimed Funds relation to the bankruptcy action of California Connection, Inc. and the Limited Power of Attorney and [redacted]

Please let me know if you need anything further.

Very truly yours,

Diane V. Garrity

Diane V. Garrity

Encl.

BRIDGEWATER, NJ • SCHAUMBURG, IL • IRVINE, CA • ANDOVER, MA • BUENOS AIRES, ARGENTINA • SAO PAULO, BRAZIL • SANTIAGO, CHILE • BARTLETT, TN • MIAMISBURG, OH • MONTREAL, CANADA • MEXICO CITY, MEXICO

www.brother.com